to grant an injunction against a patent infringer."

No. 05–260. SEREBOFF ET UX. *v.* MID ATLANTIC MEDICAL SERVICES, INC. C. A. 4th Cir. Certiorari granted.

No. 04–1049. CARPENTERS HEALTH AND WELFARE TRUST FOR SOUTHERN CALIFORNIA *v.* VONDERHARR ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1672. RYAN'S FAMILY STEAK HOUSES, INC. *v.* WALKER ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–9270. GIPSON *v.* JORDAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–10457. CRUZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10493. KENT, AKA WILLIAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–10525. MARCONE *v.* OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–10571. JARAMILLO *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 04–10604. PRICE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10694. PRICE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–47. MCFADDEN *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE, DOMINGUEZ STATE JAIL. C. A. 5th Cir. Certiorari denied.

No. 05–111. LEONE *v.* UNITED STATES; and
No. 05–5412. URBAN ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.